THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

JOHN S. DESMOND,
DANA E. WITHERSPOON,
and M. LARRY SANDERS,

    Plaintiffs,                       CONSOLIDATED CIVIL ACTIONS NOS.:
                                          3:06-CV-128, 3:06-CV-129, and 3:06-CV-135
v.                                    (JUDGE BAILEY)

PNGI CHARLES TOWN GAMING, LLC
d/b/a CHARLES TOWN RACES & SLOTS,

    Defendant.

## ORDER

This matter is now before the Court for consideration of Plaintiffs' Motion for Enlargement of Time [Doc. No. 69] filed on November 12, 2007. Plaintiffs seek to enlarge the time period in which they may file their reply memoranda in regards to plaintiffs' pending Motion for Partial Summary Judgement [Doc. No. 56] and Motion to Strike Defendant's Expert Witnesses [Doc. No. 57].

After careful review, the Court finds good cause to grant the Motion. Accordingly, the **Motion for Enlargement of Time [Doc. No. 69]** is **GRANTED**. Plaintiffs shall file their reply memoranda on or before **November 19, 2007**.

    **IT IS SO ORDERED**.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

**DATED**: November 15, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE