THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

FILED
NOV 20 2007
U.S DISTRICT COURT
MARTINSBURG, WV 25401

JOHN S. DESMOND,
DANA E. WITHERSPOON,
and M. LARRY SANDERS,

    Plaintiffs,

v.

CONSOLIDATED CIVIL ACTIONS NOS.:
3:06-CV-128, 3:06-CV-129, and 3:06-CV-135
(BAILEY)

PNGI CHARLES TOWN GAMING, LLC
d/b/a CHARLES TOWN RACES & SLOTS,

    Defendant.

## ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

On this day, the above-styled matter came before the Court for consideration of the plaintiffs' Motion for Leave to Exceed Page Limitation [Doc. 72]. The plaintiffs seek to exceed the page limit by one page. For good cause shown, the motion [Doc. 72] is hereby **GRANTED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** November 20, 2007.

John Preston Bailey
United States District Court Judge